# Exhibit A

| | |
|---|---|
| **District Court, City and County of Denver, State of Colorado**<br>1437 Bannock Street<br>Denver, CO 80202<br>720-865-8301<br><br>**Plaintiffs:**<br>RICHARD LANG<br>v.<br><br>**Defendants and Cross Claimants:**<br>TIMOTHY FLAHERTY, TIMOTHY KNEEN, CARL VERTUCA, and PdC, LLC,<br><br>And<br><br>Riviera Country Club S. de R.L. de C.V. ("RCC")<br>**Third Party Plaintiff**<br><br>v.<br><br>**Cross Claim Defendant:**<br>Michael Joseph Roberts, Sr.<br><br>And<br><br>**Third Party Defendants:**<br>Michael J. Roberts LLC,<br>Sandstone Ventures LLC | DATE FILED: August 28, 2020<br>CASE NUMBER: 2015CV31828<br><br>▲ ▲<br><br>**COURT USE ONLY** |
| **Attorney for Defendant-Cross-Claimants:**<br>William Leone - #11403<br>Norton Rose Fulbright US LLP<br>1225 Seventeenth Street, Suite 3050<br>Denver, Colorado 80202<br>Phone Number: (212) 318-3324<br>Email: william.leone@nortonrosefulbright.com | Case Number: 2015cv031828<br><br>Division: 409 |
| **TEMPORARY RESTRAINING ORDER and WRIT OF ATTACHMENT** ||

THIS MATTER having come before the Court on Cross Claimants Timothy Flaherty, Timothy Kneen, Carl Vertuca, PdC, LLC, and Riviera Country Club S. de R.L. de C.V ("RCC")'s Motion For An Emergency Ex-Parte TRO Enjoining Cross And Third Party Defendant Roberts From Transferring His Assets And Ordering The Sheriff To Execute The Arrest Warrant Issued

For Roberts Forthwith, and the Court being fully advised in the premises, DOES HEREBY GRANT said Motion as follows:

1. Neither Roberts, nor any of his associated entities set forth in the caption of this case, including Sandstone Ventures and Michael J. Roberts LLC, or any other person or entity acting directly or indirectly on his behalf or subject to his control convey, transfer, encumber, sell, dispose of, mortgage, or otherwise do any action affecting the location or ownership of any account, security, real property, personal property, intangible property, other property or anything of value to any other person, entity, custodian, account or place.

2. No bank or other financial institution acting pursuant to Robert's instructions, or that of any agent or person acting on his behalf or on behalf of any other entity owned or controlled directly or indirectly by him, shall aid, abet or assist him or them in committing any violation of this injunction and writ of attachment.

3. The Sheriff of Denver County or any county where Michael J. Roberts may be found, shall forthwith go to Michael J. Robert's residence, take him into custody pursuant to that arrest warrant issued by this Court and hold him in custody until the terms of that warrant have been satisfied. If found outside the City and County of Denver, Roberts shall be transported to the City and County of Denver to be processed in accordance with the existing warrant by the department of Health and Public safety.

Dated this _28th_____ day of ___August_____, 2020

BY THE COURT:

*Eric M. [signature]*

_____
District Judge