From: "Carl Vertuca <carl@vertuca.com>"
Subject: Offers on the Sereno Property
Sent: 2016-12-02T20:49:01-07:00

**From:** Carl Vertuca on behalf of Carl Vertuca <carl@vertuca.com>
**Sent:** Friday, December 2, 2016 2:49 PM
**To:** Timothy Kneen (tim@luminaconsults.com); Tim Flaherty (tim@cclp7.com) (tim@cclp7.com); Michael Roberts
**CC:** Eric Littler (eric@visterraadvisors.com)
**Subject:** Offers on the Sereno Property

Gentlemen, we have 5 potential offers in the works at this time and this does not include whatever Michael Roberts is working on. They are in various stages of maturity and we should have much better visibility by mid next week. Eric and I have tried to summarize where the stand and I will offer some commentary at the end of this E-Mail.

Prospect 1
- Who? CBRE Monterey Client
- What? Formal Offer of $15M
- Terms? Initial $6M Payment immediately on execution of PSA, Balance on transfer of title (45-60 days)
- Status? In review of the PSA & Final Due Diligence ( DD )
- Next Steps?  Counter or acceptance of terms
- This offer includes the Beach House


Prospect 2
- Who? SHA Spanish Wellness Group
- What? Formal Offer of $12M
- Terms? 12 M USD
- Status? Awaiting Counter, DD on Hold
- Next Steps?  Counter with a different model as proposed by CBRE
- Least likely to meet the Investors needs

Prospect 3
- Who? CIM
- What? Formal Offer of $13M Currently tabled
- Terms? 500,000 USD escrow, 45 days DD, closing 15 days after
- Status? In the process of countering with $17 Million and an extension from Hotusa
- Next Steps? CIM to use their prior working relationship with Hotusa and respond to our counter

Prospect 4
- Who? Alvaro Moreno Group
- What? Expecting Written Terms circulated today (Dec 2).
- Terms? Expect a $6.0M initial fee structured as a loan (6 Months?), some period of exclusivity to make pitch, no interest if loan becomes part of the purchase or JV or other, market rate loan

Objection to Claim of PdC - Ex A

CONFIDENTIAL                                                                                           PDC087413

if no deal if the deal goes to someone else
- Status? Awaiting formal offer
- Next Steps? await above

Prospect 5
- Who? Paralelo 19/Roberto Hernandez (Banamex Chairman) They are a very bone fide buyer. Prior owner of Punta Mita and Mexico City Four Seasons, current owners Tamarindo Four Seasons, the "W" in Mexico City and an $80Million project called El Careyes.
- What? Informal terms discussed yesterday
- Terms? Expect an offer to purchase House and adjoining Sereno 3 (118-I Fraction 1) for region of 6M USD. Limited exclusivity would then be given to table an offer and negotiation to either purchase, JV, Co develop, or owner finance.  If no agreement is reached then Paralelo stays with 1st right of refusal on remaining Sereno 1 & 2 lots, Sereno Partners likewise have an option for a year to re-purchase House and Sereno 3 for 10-15% premium.
- Status? Awaiting formal offer expected by next Wed.
- Next Steps? Await above


As you can see there is a lot going on. Of all the Projects, I am most interested in bringing #5 to the table, because I believe they will offer the most flexibility to our investors. I believe they would structure individual deals, based on the various interest of each investor. I believe #4 is the next most favorable, again because they have indicated that they will be very flexible to our investor needs. #3 could be good depending on how they counter. #1 is a solid offer and could have potential if they drop the house and only lower their offer by $500K, this could work, because we are talking to other potential buyers of just the house. I think #2 is a long shot, but we will continue discussions along the lines suggested by CBRE. Finally, I haven't heard from Michael Roberts, in terms of what he might be proposing……CARL

CONFIDENTIAL                                                                                                                                                                       PDC087414