**REVISED CAPITAL STACK**

| | | |
|---|---|---|
| 1) HOTUSA LIEN RELEASE | $5,500,000.00 | Negotiated settlement |
| 2) DEPOSITS | $619,430.00 | In first position after lien release |
| 3) NEW CLASS "A" LOANS | $3,465,750.00 | Loan to RM Funding, to be repaid before other distributions |
|   18% INTEREST | $594,426.00 | |
| 4) RM FUNDING | $6,706,000.00 | Roberts=$3,350K, Kneen=$978K, Flaherty=$1,503K, Woods=$625K, Dinnen=$250K |
|   MEZZININE FUNDING | $5,250,000.00 | Roberts=$1,350, Kneen=$1,150, Flaherty=$1,700K, Lanoha=$500K, Dieschbourg=$300, Lang=$250 |
| 5) UNSECURED LOANMS + PAYABLES | $1,900,000.00 | Unlikely payout with a land sale |
| 6) "B" SHARE INVESTORS | $5,635,409.00 | Unlikely payout with a land sale |
| 7) "A" SHARE INVESTORS | $12,366,000.00 | Unlikely payout with a land sale |
| **TOTAL** | **$42,037,015.00** | |