| RM FUNDING,LLC | ORIGINAL AMOUNT | DATE | RATE | 2012 PARTIAL YEAR |
|---|---|---|---|---|
| ROBERTS | $3,225,000.00 | SEE DETAIL | 15% Comp. Qtr'ly | $3,557,984.06 |
| KNEEN | $458,000.00 | SEE DETAIL | 15% Comp. Qtr'ly | $482,720.70 |
| FLAHERTY | $358,000.00 | SEE DETAIL | 15% Comp. Qtr'ly | $371,518.09 |
| FLAHERTY | $625,000.00 | MAY 25,1012 | 25% Comp. Qtr'ly | $691,957.50 |
| CASTELLANO | $625,000.00 | MAY 25,1012 | 25% Comp. Qtr'ly | $691,957.50 |
| DINNEN | $250,000.00 | MAY 25,1012 | 25% Comp. Qtr'ly | $276,783.00 |
| TOTAL | $5,541,000.00 | | | |
| | **ADDED DURING 2013** | | | |
| ROBERTS | $125,000.00 | SEE DETAIL | 15% Comp. Qtr'ly | |
| KNEEN | $520,000.00 | SEE DETAIL | 15% Comp. Qtr'ly | |
| FLAHERTY | $520,000.00 | SEE DETAIL | 15% Comp. Qtr'ly | |
| TOTAL | $1,165,000.00 | | | |
| **RM FUNDING TOTAL PRE-INTEREST** | $6,706,000.00 | | | |
| | | | | |
| **MEZZANINE LOANS** | | | | |
| ROBERTS | $1,000,000.00 | 27-Feb-12 | 15% Comp. Qtr'ly | $1,131,958.35 |
| KNEEN | $1,000,000.00 | 27-Feb-12 | 15% Comp. Qtr'ly | $1,131,958.35 |
| FLAHERTY | $1,000,000.00 | 27-Feb-12 | 15% Comp. Qtr'ly | $1,131,958.35 |
| FLAHERTY-CAPUTO BUYOUT | $500,000.00 | | | $567,359.80 |
| LANOHA | $500,000.00 | 20-Aug-12 | 15% Comp. Qtr'ly | $527,419.33 |
| DIESCHBOURG | $300,000.00 | 21-Feb-12 | 15% Comp. Qtr'ly | $340,415.88 |
| LANG | $250,000.00 | 21-Feb-12 | 15% Comp. Qtr'ly | $283,679.90 |
| ROBERTS | $350,000.00 | SEE DETAIL | | |
| KNEEN | $150,000.00 | SEE DETAIL | | |
| FLAHERTY | $200,000.00 | SEE DETAIL | | |
| **MEZZ FUNDING TOTAL PRE_INTEREST** | $5,250,000.00 | | | |
| | | | | |
| **GRAND TOTAL** | $11,956,000.00 | | | |
| | | | | |
| RM FUNDING BACKUP-KNEEN | $100,000.00 | 11-Jul-12 | 15% Comp. Qtr'ly | $107,133.15 |
| | $100,000.00 | 2-Aug-12 | 15% Comp. Qtr'ly | $105,779.89 |
| | $125,000.00 | 14-Sep-12 | 15% Comp. Qtr'ly | $130,639.01 |
| | $133,000.00 | 10-Dec-12 | 15% Comp. Qtr'ly | $139,168.64 |

| | | | | |
|---|---|---|---|---|
| Total 2012 | $458,000.00 | | | $482,720.70 |
| | $25,000.00 | 22-Jan-13 | 15% Comp. Qtr'ly | $28,710.33 |
| | $100,000.00 | 19-Feb-13 | 15% Comp. Qtr'ly | $113,817.63 |
| | $100,000.00 | 26-Mar-13 | 15% Comp. Qtr'ly | $111,909.81 |
| | $170,000.00 | 30-Apr-13 | 15% Comp. Qtr'ly | $187,640.03 |
| | $25,000.00 | 10-Jul-13 | 15% Comp. Qtr'ly | $26,791.28 |
| | $50,000.00 | 30-Aug-13 | 15% Comp. Qtr'ly | $52,912.50 |
| | $50,000.00 | 20-Sep-13 | 15% Comp. Qtr'ly | $52,242.45 |
| Total 2013 | $520,000.00 | | | $574,024.03 |
| RM FUNDING TOTAL-KNEEN | $978,000.00 | | | |
| MEZZ FINANCING-KNEEN | $50,000.00 | 30-Oct-13 | 15% Comp. Qtr'ly | $56,605.94 |
| | $30,000.00 | 24-Feb-14 | 15% Comp. Qtr'ly | $32,376.96 |
| | $25,000.00 | 3-Apr-14 | 15% Comp. Qtr'ly | $26,560.95 |
| | $45,000.00 | 29-May-14 | 15% Comp. Qtr'ly | $46,752.39 |
| Total Thru August 2014 | $150,000.00 | | | $162,296.24 |
| RM FUNDING BACKUP-ROBERTS | $3,000,000.00 | 27-May-12 | 15% Comp. Qtr'ly | $3,321,396.00 |
| | $100,000.00 | 20-Jul-12 | 15% Comp. Qtr'ly | $106,794.84 |
| | $125,000.00 | 28-Sep-12 | 15% Comp. Qtr'ly | $129,793.22 |
| Total 2012 | $3,225,000.00 | | | $3,557,984.06 |
| | $25,000.00 | 31-Jan-13 | 15% Comp. Qtr'ly | $28,605.64 |
| | $100,000.00 | 2-Feb-13 | 15% Comp. Qtr'ly | $114,329.48 |
| Total | $125,000.00 | | | $142,935.12 |
| RM FUNDING TOTAL-ROBERTS | $3,350,000.00 | | | |
| MEZZ FINANCING-ROBERTS | $175,000.00 | 3-May-13 | 15% Comp. Qtr'ly | $212,911.90 |
| | $25,000.00 | 22-Jul-13 | 15% Comp. Qtr'ly | $31,321.60 |
| | $50,000.00 | 30-Oct-13 | 15% Comp. Qtr'ly | $56,574.95 |
| | $30,000.00 | 15-Jan-14 | 15% Comp. Qtr'ly | $32,908.82 |

|  | Amount | Date | Rate | Value |
|---|---|---|---|---|
|  | $25,000.00 | 9-Apr-14 | 15% Comp. Qtr'ly | $26,507.55 |
|  | $45,000.00 | 31-Jul-14 | 15% Comp. Qtr'ly | $45,568.61 |
| Total Thru August 2014 | $350,000.00 |  |  | $405,793.44 |
|  |  |  |  |  |
| RM FUNDING BACKUP-FLAHERTY | $100,000.00 | 20-Jul-12 | 15% Comp. Qtr'ly | $106,794.84 |
|  | $125,000.00 | 12-Sep-12 | 15% Comp. Qtr'ly | $130,639.01 |
|  | $133,000.00 | 11-Dec-12 | 15% Comp. Qtr'ly | $134,084.24 |
| Total 2012 | $358,000.00 |  |  | $371,518.09 |
|  | $25,000.00 | 4-Feb-13 | 15% Comp. Qtr'ly | $28,559.10 |
|  | $100,000.00 | 19-Feb-13 | 15% Comp. Qtr'ly | $113,538.43 |
|  | $100,000.00 | 26-Mar-13 | 15% Comp. Qtr'ly | $111,909.81 |
|  | $170,000.00 | 1-Jun-13 | 15% Comp. Qtr'ly | $185,200.18 |
|  | $25,000.00 | 9-Jul-13 | 15% Comp. Qtr'ly | $26,815.01 |
|  | $50,000.00 | 5-Sep-13 | 15% Comp. Qtr'ly | $52,403.62 |
|  | $50,000.00 | 20-Sep-13 | 15% Comp. Qtr'ly | $52,086.45 |
| Total 2013 | $520,000.00 |  |  | $570,512.60 |
|  |  |  |  |  |
| TOTAL RM FUNDING-FLAHERTY | $878,000.00 |  |  |  |
|  |  |  |  |  |
| MEZZ FINANCING-FLAHERTY | $17,600.00 | 15-Oct-13 | 15% Comp. Qtr'ly | $20,033.14 |
|  | $50,000.00 | 21-Oct-13 | 15% Comp. Qtr'ly | $56,777.38 |
|  | $32,400.00 | 31-Oct-13 | 15% Comp. Qtr'ly | $36,645.99 |
|  | $30,000.00 | 13-Jan-14 | 15% Comp. Qtr'ly | $32,935.41 |
|  | $25,000.00 | 1-Apr-14 | 15% Comp. Qtr'ly | $26,582.31 |
|  | $45,000.00 | 3-Jun-14 | 15% Comp. Qtr'ly | $46,656.27 |
|  | $200,000.00 |  |  | $219,630.50 |

Gentlemen, below is a summary of the percentage ownership of each holder of Secured Debt. Also, I have attached a detailed analysis of how we arr[ived at the] percentages and I have also attached the Capital Stack of the company, so you can see where the Secured Creditors fall in the stack…..CARL

| As of August 2014 | RM FUNDING,LLC SUMMARY | MEZZ SUMMARY | TOTALS | PERCENTAGE |
|---|---|---|---|---|
| ROBERTS | $5,454,136.02 | $2,147,643.36 | $7,601,779.38 | 37.9075% |
| KNEEN | $1,449,180.77 | $1,865,515.33 | $3,314,696.10 | 16.5293% |

| | | | | |
|---|---:|---:|---:|---:|
| FLAHERTY | $2,687,397.60 | $2,772,727.05 | $5,460,124.65 | 27.2278% |
| CASTELLANO | $1,407,460.18 | | $1,407,460.18 | 7.0185% |
| DINNEN | $562,984.07 | | $562,984.07 | 2.8074% |
| TOTAL | $11,561,158.63 | | | |
| | | | | |
| **MEZZ FUNDING SUMMARY** | | | | |
| **ROBERTS** | $2,147,643.36 | | | |
| KNEEN | $1,865,515.33 | | | |
| FLAHERTY | $2,772,727.05 | | | |
| LANOHA | $781,592.82 | | $781,592.82 | 3.8975% |
| DIESCHBOURG | $504,468.82 | | $504,468.82 | 2.5156% |
| LANG | $420,390.69 | | $420,390.69 | 2.0963% |
| TOTAL | $8,492,338.08 | | $20,053,496.71 | 100.0000% |
| | | | | |
| **GRAND TOTAL SECURED CREDITORS** | $20,053,496.71 | | | |

| Not in K-1'S | BEGINNING 2013 | 2013 ENDING | Thru AUG. 2014 ENDING | Thru AUG. 2015 ENDING |
|---|---|---|---|---|
| | $3,557,984.06 | $4,122,459.71 | $4,549,575.54 | $5,271,365.70 |
| | $482,720.70 | $559,304.54 | $617,252.42 | $715,179.52 |
| | $371,518.09 | $430,459.59 | $475,058.23 | $550,426.22 |
| $44,637.50 | $736,595.00 | $938,738.27 | $1,104,384.06 | $1,407,460.18 |
| $44,637.50 | $736,595.00 | $938,738.27 | $1,104,384.06 | $1,407,460.18 |
| $17,855.00 | $294,638.00 | $375,495.31 | $441,753.62 | $562,984.07 |
| | | | $8,292,407.93 | $9,914,875.86 |
| | | $142,935.12 | $157,744.20 | $182,770.32 |
| | | $574,024.03 | $633,496.96 | $734,001.25 |
| | | $570,512.60 | $629,621.72 | $729,511.20 |
| | | | $1,420,862.87 | $1,646,282.77 |
| | | | $9,713,270.81 | $11,561,158.63 |
| | $1,131,958.35 | $1,311,860.05 | $1,447,780.43 | $1,677,470.80 |
| | $1,131,958.35 | $1,311,860.05 | $1,447,780.43 | $1,677,470.80 |
| | $1,131,958.35 | $1,311,860.05 | $1,447,780.43 | $1,677,470.80 |
| | $567,359.80 | $657,530.07 | $725,656.04 | $840,781.37 |
| | $527,419.33 | $611,241.87 | $674,571.98 | $781,592.82 |
| | $340,415.88 | $394,518.04 | $435,393.62 | $504,468.82 |
| | $283,679.90 | $328,765.03 | $362,828.02 | $420,390.69 |
| | | | $405,793.44 | $470,172.57 |
| | | | $162,296.24 | $188,044.54 |
| | | | $219,630.50 | $254,474.88 |
| | | | $7,329,511.14 | $8,492,338.08 |
| | | | $17,042,781.95 | $20,053,496.71 |