## PROMISSORY NOTE

$6,700,000                                                                                                          Englewood, Colorado
                                                                                                                    Date: May 25, 2012

On or before the date which is forty-two (42) months after the date of this Note set forth above (the "Maturity Date"), and for value received, PdC, LLC, a Colorado limited liability company (the "Maker"), promises to pay, in lawful money of the United States of America, to the order of RM FUNDING, LLC, a Colorado limited liability company (the "Lender"), at 385 Inverness Parkway, Suite 460, Englewood, Colorado 80112, or at such other place as Lender may require, the principal sum of Six Million Seven Hundred Thousand Dollars ($6,700,000) (the "Loan") or such other amount of unpaid principal and accrued interest then outstanding, and to pay interest on the unpaid principal balance outstanding from time to time until maturity, as provided herein.

The Loan is made pursuant to the terms of that certain Loan Agreement by and between Lender and Maker dated to be effective as of May 25, 2012 (the "Loan Agreement"). All capitalized terms used herein shall have the same meaning ascribed to them in the Loan Agreement, unless expressly defined herein.

Interest on the unpaid portion of the principal balance of the Loan outstanding from time to time shall accrue from the date hereof until the Maturity Date at the rate of fifteen percent (15%) per annum compounded quarterly (the "Interest Rate"). Upon the occurrence of any default by Maker under any of the Loan Documents (and so long as said default shall continue), the entire outstanding principal balance of this Note (together with all accrued interest thereon, if any) shall bear interest at the Interest Rate set forth above plus two percent (2%) per annum compounded on an annual basis (the "Default Rate"). The application of the Default Rate shall not be interpreted or be deemed to limit any remedies available to the Lender upon the occurrence of default hereunder, or under any of the other Loan Documents.

All Interest under this Note shall be accrued for payment on the Maturity Date. On the Maturity Date, all outstanding principal and accrued but unpaid interest shall be due and payable.

All amounts payable under the terms of this Note shall be payable with attorneys' fees and without relief from valuation and appraisement laws. Except as otherwise provided herein, the Maker may prepay the principal balance of this Note, in whole or in part, at any time and from time to time, in any multiple, without notice; provided, however, that Lender shall be entitled to receive the Class D Interests detailed in the Loan Agreement and the Company's Operating Agreement, as amended, even if this Note is prepaid in full or in part.

The rights and remedies provided in this Note are cumulative, are in addition to any other right or remedy of Lender, and may be exercised successively, concurrently, or alternatively. Failure to exercise any such right or remedy shall not operate as a waiver thereof.

**Objection to Claim of PdC - Ex E**

In addition to the terms of this Note, the holder of this Note is entitled to the benefits of the Loan Agreement which sets forth certain terms and conditions applicable to the payment of principal and interest hereunder.

Notwithstanding anything to the contrary contained in this Note, the liability of Maker to pay this Note and for the performance of the other agreements, covenants and obligations contained herein and in the other Loan Documents (as defined in the Loan Agreement), shall be limited as set forth in the provisions of the Loan Agreement, the terms of which are incorporated herein by this reference.

If Maker fails to pay any amount due under this Note and Lender has to take any action to collect the amount due, including without limitation retaining attorneys for collection of this Note, or if any suit or proceeding is brought for the recovery of all or any part of or for the protection of the Loan, then the Maker agrees to pay on demand all reasonable costs and expenses of any such action to collect, suit or proceeding, or any appeal of any such suit or proceeding, incurred by Lender, including but not limited to the fees and disbursements of Lender's attorneys and staff, and, unless so paid, all such sums shall be added to the principal balance hereof, and shall thereafter bear interest as provided herein.

It is not intended hereby to charge interest at a rate in excess of the maximum rate of interest permitted to be charged to Maker under applicable law, but if, notwithstanding such intention, interest in excess of the maximum rate shall be paid hereunder, the excess shall be retained by the holder of this Note as additional cash collateral for the payment of the Loan, unless such retention is not permitted by law, in which case the interest rate on this Note shall be adjusted to the maximum permitted under applicable law during the period or periods that the interest rate otherwise provided herein would exceed such rate.

Time is of the essence hereof. In the event of (a) a default in any payments pursuant to this Note when due and payable, or (b) any other default or event of default under any other Loan Documents to which Lender is a party, including, without limitation, the Loan Agreement, then the whole principal sum of the Note plus accrued interest and all other obligations of Maker to Lender, direct or indirect, absolute or contingent, now existing or hereinafter arising, shall, at the option of the holder of this Note become immediately due and payable without notice or demand, and the holder of this Note shall have and may exercise any or all of the rights and remedies provided herein and in the Loan Documents, as they may be amended, modified or supplemented from time to time, and under applicable law.

This Note may be secured by a deed of trust from the Company on the lien Free Property (as defined in the Loan Agreement), as more particularly set forth in the Loan Agreement of even date herewith.

The remedies provided in this Note shall be cumulative, and shall be in addition to any other rights or remedies now or hereinafter provided by law or in equity. No

Roberts_08346

delay, failure or omission by any holder of this Note, in respect of any default by Maker, to exercise any right or remedy shall constitute a waiver of the right to exercise the right or remedy upon any such default or subsequent default.

Maker and any endorser herein waive presentment, demand, notice of dishonor, notice of acceleration and protest and assent to any extension of time with respect to any payment due under this Note, to any substitution or release of collateral and to the addition or release of any party. No waiver of any payment or other right under this Note shall operate as a waiver of any other payment or right.

This Note may not be changed orally, but only by an agreement in writing, signed by the party against whom enforcement of any waiver, change, modification or discharge is sought.

If any of the provisions of this Note shall be held invalid or unenforceable, the determination of invalidity or unenforceability of any such provision shall not affect the validity or enforceability of any other provision or provisions hereof.

This Note shall be binding upon Maker and its successors and assigns and shall inure to the benefit of and be enforceable by the Lender and its successors and assigns.

This Note is made under and will be governed by the laws of the State of Colorado.

In the event of litigation or arbitration concerning a dispute over this Note the prevailing party shall be entitled to be reimbursed for its reasonable attorneys' fees and costs.

IN WITNESS WHEREOF, Maker has executed this Note as of the date first written above.

PdC, LLC

By: _____
Printed: TIM FLAHERTY
Title: _____

3

Roberts_08347