# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>MICHAEL J. ROBERTS, SR.,<br><br>Debtor(s). | Case No. 22-10521-JGR<br><br>Chapter 11 case Converted to Chapter 7 |

## ORDER DISALLOWING CLAIM NO. 16 FILED BY PDC, LLC

THIS MATTER comes before the Court on the Objection to Claim No. 16 filed By PdC, LLC, filed by Debtor, proper notice of the Objection having been given, and no response having been timely filed to the Objection or the Court overruling the response, and the Court being advised in the premises, it is hereby

ORDERED that Claim No. 16 filed by PdC, LLC is disallowed.

DONE this ____ day of _____, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge