# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re Michael Joseph Roberts, Sr., <br><br> Debtor. | Case No. 22-10521 JGR <br><br> Chapter 7 |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE REVISED SETTLEMENT AGREEMENT WITH RICHARD LANG

THIS MATTER is before the Court on the Trustee's Motion to Approve Revised Settlement Agreement with Richard Lang (the "**Motion**") asking the Court to approve a revised settlement agreement (the "**Revised Agreement**") the Trustee has reached with creditor Richard Lang. A copy of the Revised Agreement is attached to the Motion as Exhibit 1.

The Court has reviewed the Motion and the Revised Agreement, and otherwise being fully advised, hereby

ORDERS that the Motion is GRANTED. The Revised Agreement is approved according to its terms, and the Parties are authorized to take all actions necessary to carry out the Agreement.

Dated: April 13, 2023.

BY THE COURT:

_____
Hon. Joseph G. Rosania Jr.,
United States Bankruptcy Court Judge