**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | |
| MICHAEL J. ROBERTS, SR., <br> SSN:  xxx-xx-3582 | Case No. 22-10521-JGR <br> Chapter 7 |
| Debtor. | |

**ORDER AND NOTICE CONTINUING EVIDENTIARY HEARING
AND RELATED DEADLINES**

THIS MATTER is before the Court on Debtor's Motion for Continuance of Evidentiary Hearing (Doc. 648; "Motion to Continue"); the PdC Creditors' Objection thereto (Doc. 650); and Debtor's Certificate of Contested Matter and Request for Hearing (Doc. 651). The Court, having reviewed the above-listed filings and being otherwise duly advised in the premises, hereby

ORDERS AND GIVES NOTICE that Debtor's Motion to Continue (Doc. 648) is hereby GRANTED. Therefore, the two-day evidentiary hearing previously scheduled for 9:00 AM on Tuesday, August 1, 2023, regarding the Trustee and PdC Creditors' Joint Motion to Approve Settlement Agreement (Doc. 540), Debtor's Objection (Doc. 573), and Podoll & Podoll, P.C.'s Joinder in Debtor's Objection (Doc. 574) is hereby **CONTINUED to 9:00 AM on Tuesday, October 3, 2023, in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. As a result, Debtor's Certificate of Contested Matter and Request for Hearing (Doc. 651) is MOOT.

IT IS FURTHER ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this contested matter, and the parties shall adhere to the following amended deadlines:

1.  Expert Witnesses.  Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **September 19, 2023**.  If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **September 26, 2023**.

2.  Witnesses and Exhibits.  The disclosures required by Fed.R.Civ.P. 26(a)(3) and (a)(4) must be made on or before **September 19, 2023**.  Exhibits must be marked for identification (Movant-numbers and Respondent-letters, with multipage exhibits individually paginated/numerated for ease of reference) and exchanged at the time the disclosures are made.  Written objections directed to the exhibits must be filed and served on opposing counsel or party on or before **September 26, 2023**, otherwise all objections except as to relevancy are waived.

3. Filing of Witness and Exhibit Lists: Any party intending to introduce any exhibits or call any witnesses at the scheduled hearing shall fully comply with Local Bankruptcy Rule 9070-1, except that the deadline for filing exhibit and witness lists is hereby established as **September 26, 2023**. If a party fails to comply with L.B.R. 9070-1 as modified herein, the Court may deny admission of the party's exhibits and/or the testimony of the party's witnesses.

4. Pretrial Statement. On or before **September 19, 2023**, the parties, through counsel, if applicable, must confer and must prepare and submit to the Court on or before **September 26, 2023**, a pretrial statement setting forth the following:

A. A brief summary of the claims and defenses of each party;

B. A concise and complete statement of stipulated and uncontested facts;

C. A concise statement of the issues that are in dispute;

D. A brief statement of all points of law relied upon, citing pertinent statutes, standards, cases and other authority; and

E. If applicable, an itemization of damages with a description of the basis for the calculation.

IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7037 (Fed.R.Civ.P. 37).

DATED this 12th day of July, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge